UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL BAUSCH,                                              CIVIL NO. 17-4405 (DTS)

    Plaintiff,

v.                                                                                ORDER

NANCY A. BERRYHILL,
*Acting Commissioner of
Social Security,*

    Defendant.

The above matter came before the undersigned on May 14, 2018 upon Plaintiff's Motion for Summary Judgment [Docket No. 13] and Defendant's Motion for Summary Judgment [Docket No. 20]. Kirk Thompson, Esq. appeared on behalf of Plaintiff; Ann Bildtsen, Assistant U.S. Attorney, appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, and for the reasons articulated on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 13] is DENIED.

2. Defendant's Motion for Summary Judgment [Docket No. 20] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 14, 2018

                                                *s/ David T. Schultz*
                                                DAVID T. SCHULTZ
                                                United States Magistrate Judge